No. 77–10. EXXON CORP. ET AL. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–11. SHELL OIL CO. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–12. CONTINENTAL OIL CO. ET AL. *v.* GOVERNOR OF MARYLAND ET AL.;

No. 77–47. GULF OIL CORP. *v.* GOVERNOR OF MARYLAND ET AL.; and

No. 77–64. ASHLAND OIL, INC., ET AL. *v.* GOVERNOR OF MARYLAND ET AL. Appeals from Ct. App. Md. [Probable jurisdiction noted, *ante,* p. 814.] Motion of the State of California for leave to file a brief as *amicus curiae* granted. Motion of National Congress of Petroleum Retailers for leave to participate in oral argument as *amicus curiae* denied. Motion of appellees for divided argument granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 77–627. AUSTIN NATIONAL BANK, GUARDIAN *v.* NORTON ET AL., *ante,* p. 1014. Motion of respondent to assess damages pursuant to this Court's Rule 56 (4) denied.

No. 77–910. GOVERNMENT OF THE VIRGIN ISLANDS ET AL. *v.* VITCO, INC. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–5960. ROOTS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Motion for leave to file petition for writ of habeas corpus denied.

No. 77–5824. EVERS *v.* UNITED STATES;

No. 77–5878. GRANT *v.* CONNECTICUT;

No. 77–5882. KAPLAN *v.* WHIPPLE ET AL., JUDGES; and

No. 77–5974. NEWSOME *v.* COLLINSON ET AL., U. S. DISTRICT JUDGES. Motions for leave to file petitions for writs of mandamus denied.